1498

[Cite as *04/02/2004 Case Announcements*, 2004-Ohio-1683.]

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS
## *April 2, 2004*

## MOTION AND PROCEDURAL RULINGS

**2004–0550.   Johnson v. Bobby.**

Trumbull App. No. 2003–T–0181, 2004-Ohio-1075. This cause was filed as a discretionary appeal and claimed appeal of right. Upon consideration of appellant's jurisdictional memorandum, it is determined by the court that this cause originated in the court of appeals and therefore should proceed as an appeal of right pursuant to S.Ct.Prac.R. II(A)(1).

IT IS ORDERED by the court that the Clerk shall issue an order for the transmittal of the record from the Court of Appeals for Trumbull County. Appellant shall file his merit brief within 40 days of the filing of the record with the Clerk of this court, and the parties shall otherwise proceed in accordance with S.Ct.Prac.R. VI.

## MISCELLANEOUS DISMISSALS

**2004–0044.   McCollam v. Am. & Foreign Ins. Co.**

Stark App. No. 2003CA00096, 2003-Ohio-6366. This cause is pending before the court as an appeal from the Court of Appeals for Stark County. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**2004–0238.   McCollam v. Am. & Foreign Ins. Co.**

Stark App. No. 2003CA00096, 2003-Ohio-6366. This cause is pending before the court as an appeal from the Court of Appeals for Stark County. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.